**No. 51627.**—Protest 54807–K of City of Paris Dry Goods Co. (San Francisco).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

**No. 51628.**—Protests 108538–K, etc., of Central Madeira Corp. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 25, 1947.

**No. 51629.**—SUIT 4550.—————*Marshall Field & Co.* v. *United States.* C. D. 983 affirmed January 7, 1947. C. A. D. 357.

BEFORE THE FIRST DIVISION, MARCH 26, 1947

**No. 51630.**—Protests 124852–K, etc., of W. J. Bush & Co., Inc., et al. (Baltimore).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of citronella oil the same in all material respects as that the subject of *United States* v. *Procter & Gamble Mfg. Co.* (34 C. C. P. A. 71, C. A. D. 345). In accordance therewith the claim for free entry under paragraph 1731 was sustained.